# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138180(67(68)

RAYMOND O'NEAL,
           Plaintiff-Appellant,

v

ST. JOHN HOSPITAL & MEDICAL CENTER,
RALPH DILISIO, M.D., and EFSTATHIOS
TAPAZOGLOU, M.D.,
           Defendants-Appellees.

_____

SC: 138180, 138181
COA: 277317, 277318
Wayne CC: 05-515351-NH

On order of the Chief Justice, the motion be the Michigan State Medical Society for extension of the time for filing its brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2010

_____
Clerk